**Order entered September 25, 2019**



**In the**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00444-CR

**BRANDON GORDY, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00751-T**

## ORDER

Before the Court is court reporter Vearneas Faggett's request for extension of time until Monday September 23, 2019 to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record received September 24, 2019 filed as of that date.

Because the reporter's record has been filed, we **VACATE** our September 16, 2019 order to the extent it orders Vearneas Faggett not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; to the Dallas County Auditor's Office; and counsel for all parties.

/s/    CORY L. CARLYLE
             JUSTICE